**Sabath & Weisskopf Company, appellee, v. Mrs. S. M. Goldstine, appellant. Gen. No. 23,899.**

Action to recover purchase price of whisky and money loaned. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Sheridan E. Fry, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Reversed and

remanded. Opinion filed October 15, 1918. Rehearing denied October 25, 1918.

George S. Lavin, for appellant; Morris K. Levinson, of counsel. Sabath, Stafford & Sabath, for appellee; Charles B. Stafford, of counsel.

Mr. Justice Barnes delivered the opinion of the court.